**Daryl R. WELKER, Appellant,**

v.

**HYATT CORPORATION and Crown Center Hotel Complex, Inc., Respondents.**

**No. WD 54913.**

Missouri Court of Appeals, Western District.

June 23, 1998.

Thomas Stein, Kansas City, for appellant.

Vincent O'Flaherty, Kansas City, for respondents.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Plaintiff alleges juror misconduct in failing to disclose two prior lawsuits. The trial court denied, by operation of Rule 78.06, the plaintiff's motion for a new trial. Affirmed. Rule 84.16(b).